IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAURICE M. PRICE,** <br> Petitioner, <br><br> v. <br><br> **PENNSYLVANIA BOARD OF PROBATION AND PAROLE, THE DISTRICT ATTORNEY OF THE COUNTY OF AND THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,** <br> Respondent. | **CIVIL ACTION** <br><br><br><br> **NO. 19-5263** |

# O R D E R

**AND NOW**, this 3rd day of January 2022, upon careful and independent consideration of the petition, amendments, response, and available state court records, there being no timely objection filed by petitioner and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus is **DENIED AND DISMISSED**.

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**